# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| MAHOUD S. IDAIS, | § | |
| | § | |
|   Petitioner, | § | |
| | § | |
| v. | § | EP-18-cv-341-KC |
| | § | |
| DIANE WITTE, JEFFERSON SESSIONS, and KIRSTJEN NIELSEN, | § § § | |
| | § | |
|   Respondents. | § | |

## ORDER TO SHOW CAUSE

Mahoud S. Idais ("Petitioner") petitions for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner seeks relief from his prolonged detention, which he argues violates the United States Constitution. ECF No. 1.

The Court hereby **ORDERS** Respondents to file a response to the Petition **by no later than December 7, 2018**.

Petitioner may file a reply, provided it is filed no later than seven days after the date of service of the Respondents' responsive pleading.

**IT IS FURTHER ORDERED** that Respondents and/or their agents or anyone else acting on their behalf shall notify this Court prior to taking any action to transfer Petitioner outside of the Western District of Texas.

**IT IS FURTHER ORDERED** that the District Clerk shall furnish the Office of the United States Attorney in El Paso, Texas, with copies of the application and the instant Order, and that such delivery shall constitute sufficient service of process.

**SO ORDERED.**

SIGNED this 10th day of November, 2018.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE